# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY ANN PARKER<br><br>PLAINTIFF,<br>v.<br><br>ANDREW SAUL<br><br>DEFENDANT. | CASE NUMBER<br>20cv1163-RBB<br><br>**ORDER RE REQUEST TO PROCEED**<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_6/26/2020_ _____ _/s/ Ruben Brooks_____
Date                                             United States Magistrate Judge

═══════════════════════════════════════════════════════════════════════════

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous ☐ Immunity as to _____
☐ Other: _____

Comments:

_____                      _____
Date                                         United States Magistrate Judge

═══════════════════════════════════════════════════════════════════════════

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☐ DENIED (see comments above). IT IS FURTHER ORDERED that:

  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

_____                      _____
Date                                         United States District Judge

**ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS*