UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY ANNE P.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　　　　　Defendant. | Case No.:   20cv1163-LAB-RBB<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION;**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**(3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　This social security appeal was referred to Magistrate Judge Ruben B. Brooks for a report and recommendation ("R&R"). Judge Brooks recommends: (1) Plaintiff's motion for summary judgment be granted; (2) Defendant's motion for summary judgment be denied; and (3) the case be remanded for an award of benefits. Objections to the R&R were due on November 17, 2021, but none was filed. The Court has reviewed the R&R and **ADOPTS** it in full. For the reasons set forth in the R&R, Plaintiff's motion for summary judgment is **GRANTED** (Dkt. 17);

1  Defendant's cross-motion for summary judgment is **DENIED** (Dkt. 21); and this
2  case is **REMANDED** for an award of further benefits consistent with this Court's
3  opinion. The Clerk is directed to enter judgment accordingly and close the case.

    **IT IS SO ORDERED**.

Dated:  January 18, 2022

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge